EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CATHERINE VAN ARNAM, et al.,
Plaintiff,

v.

GENERAL SERVICES ADMINISTRATION, et al.,
Defendants.

C.A. NO. 00-10879-DPW

STIPULATION OF WITHDRAWAL OF
PETITION WITH PREJUDICE

The parties to the above-entitled action hereby stipulate to withdraw, with prejudice, plaintiff's petition for attorney's fees and costs filed pursuant to this Court's judgment and Order dated August 27, 2004, except as expressly agreed to in the Parties' Agreement on Attorneys' Fees and Costs.

CATHERINE VAN ARNAM, et al.,

By their attorney,

CHESTER DARLING

Chester Darling
Michael Williams
Citizens for the Preservation of
Constitutional Rights, Inc.
306 Dartmouth Street
Boston, MA 02116
(617) 536-2050

Dated: March 8, 2005

Respectfully submitted,
GENERAL SERVICES
ADMINISTRATION, et al.,
By their attorney,

MICHAEL J. SULLIVAN
United States Attorney

Michael Sady
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: March 8, 2005